IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RODERICK R. HUNTER,** | ) | |
| **#12645-003** | ) | |
| | ) | |
| Petitioner, | ) | **CRIMINAL NO.    12-063-KD-B** |
| | ) | **CIVIL ACTION NO. 13-527-KD-B** |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated February 25, 2016, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Hunter's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 33) be **DENIED** and that Hunter is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this **24**th day of **March 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**